**Exhibit "A"**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*[signature]*

Acting United States Register of Copyrights and Director

**Registration Number**

# VA 2-046-824

**Effective Date of Registration:**
January 26, 2017

## Title

| | |
|---|---|
| **Title of Work:** | ADLIFE-COLLECTION-011517 |
| **Previous or Alternate Title:** | Group registration of photos published 01-12-1998 through 12-05-1998; about 250 photos total. |
| **Content Title:** | ChickenBBQDinner001_ADL, 08-05-1998;<br>ChickenBBQDinner002_ADL, 02-08-1998;<br>ChickenBroccoliDinner001_ADL, 04-09-1998;<br>ChickenCutlet001_ADL, 02-23-1998;<br>ChickenCutlet002_ADL, 03-05-1998; |
| | ChickenCutlet003_ADL, 01-14-1998;<br>ChickenCutletDinner001_ADL, 07-22-1998;<br>ChickenDinner001_ADL, 11-15-1998;<br>ChickenFriedDinner001_ADL, 09-21-1998;<br>ChickenHalfDinner001_ADL, 02-05-1998 |
| | ChickenKabob001_ADL, 05-05-1998<br>ChickenShrimpRingDinner001_ADL, 04-10-1998;<br>ChickenSteakTipDinner001_ADL, 05-05-1998;<br>ChickenStrip001_ADL, 04-14-1998;<br>ChickenTender001_ADL, 10-22-1998; |
| | ChickenTender002_ADL, 02-17-1998;<br>ChickenTender003_ADL, 03-05-1998;<br>ChickenTender005_ADL, 03-27-1998;<br>ChickenTender006_ADL, 02-05-1998;<br>ChickenTender007_ADL, 11-27-1998; |
| | ChickenTender008_ADL, 03-27-1998;<br>ChickenTender009_ADL, 11-27-1998;<br>ChickenTender010_ADL, 11-27-1998;<br>ChickenTender012_ADL, 03-05-1998;<br>ChickenTender013_ADL, 05-20-1998; |
| | ChickenTender014_ADL, 03-27-1998;<br>ChickenTender015_ADL, 01-20-1998;<br>ChickenTender016_ADL, 10-05-1998;<br>ChickenTender017_ADL, 11-19-1998;<br>ChickenTender018_ADL, 07-05-1998; |
| | ChickenTender019_ADL, 02-05-1998;<br>ChickenTender020_ADL, 02-05-1998; |

ChickenTender021_ADL, 03-16-1998;
ChickenTender022_ADL, 03-16-1998;
ChickenTender023_ADL, 03-16-1998;

ChickenTender024_ADL, 03-16-1998;
ChickenTender025_ADL, 03-16-1998;
ChickenTender026_ADL, 03-16-1998;
ChickenTender027_ADL, 03-16-1998;
ChickenTender028_ADL, 03-16-1998;

ChickenTender029_ADL, 03-16-1998;
ChickenTender031_ADL, 05-05-1998;
ChickenTender032_ADL, 05-05-1998;
ChickenTender033_ADL, 05-05-1998;
ChickenTender034_ADL, 05-05-1998;

ChickenTender035_ADL, 05-05-1998;
ChickenTender036_ADL, 07-27-1998;
ChickenTender037_ADL, 08-24-1998;
ChickenTender038_ADL, 08-24-1998;
ChickenTenderBuffalo001_ADL, 01-13-1998;

ChickenTenderBuffalo002_ADL, 02-08-1998;
ChickenTenderBuffalo003_ADL, 11-27-1998;
ChickenTenderBuffalo004_ADL, 05-05-1998;
ChickenTenderBuffalo006_ADL, 03-27-1998;
ChickenTenderBuffalo007_ADL, 06-10-1998;

ChickenTenderBuffalo008_ADL, 06-10-1998;
ChickenTenderBuffalo009_ADL, 06-10-1998;
ChickenTenderBuffalo010_ADL, 06-10-1998;
ChickenTenderGrlMrk001_ADL, 10-05-1998;
ChickenTenderGrlMrk003_ADL, 03-16-1998;

ChickenTenderGrlMrk004_ADL, 03-16-1998;
ChickenTenderGrlMrk005_ADL, 03-16-1998;
ChickenTenderlGrlMrk002_ADL, 08-18-1998;
ChickenTenderStirFry001_ADL, 02-11-1998;
ChickenThigh001_ADL, 08-17-1998;

ChickenThigh002_ADL, 08-17-1998;
ChickenThigh003_ADL, 08-17-1998;
ChickenThigh004_ADL, 08-17-1998;
ChickenThigh005_ADL, 08-17-1998;
ChickenThigh006_ADL, 07-25-1998;

ChickenThigh007_ADL, 07-25-1998;
ChickenThigh008_ADL, 06-17-1998;
ChickenThigh009_ADL, 06-17-1998;
ChickenThigh010_ADL, 06-17-1998;
ChickenThigh011_ADL, 06-17-1998;

ChickenThigh012_ADL, 06-17-1998;
ChickenThighBBQ001_ADL, 08-17-1998;
ChickenThighBnIn001_ADL, 10-05-1998;
ChickenThighBnIn002_ADL, 10-08-1998;
ChickenThighBnIn003_ADL, 10-08-1998;



ChickenThighBnls001_ADL, 11-05-1998;
ChickenThighBnls002_ADL, 10-08-1998;
ChickenThighBnlsGrlMrk001_ADL, 07-10-1998;
ChickenThighBnlsSknls001_ADL, 02-05-1998;
ChickenThighBnlsSknls002_ADL04-22-1998;

ChickenThighBnlsSknls003_ADL, 09-09-1998;
ChickenThighBnlsSknls004_ADL, 06-23-1998;
ChickenThighBnlsSknls005_ADL, 06-05-1998;
ChickenThighDrumstick001_ADL, 01-12-1998;
ChickenThighDrumstick002_ADL, 02-12-1998;

ChickenThighDrumstick003_ADL, 06-18-1998;
ChickenThighDrumstick004_ADL, 06-05-1998;
ChickenThighDrumstick005_ADL, 06-17-1998;
ChickenThighDrumstick006_ADL, 06-17-1998;
ChickenThighDrumstick007_ADL, 06-17-1998;

ChickenThighDrumstick008_ADL, 06-17-1998;
ChickenThighDrumstick009_ADL, 07-08-1998;
ChickenThighDrumstick010_ADL, 07-08-1998;
ChickenThighDrumstick011_ADL, 07-08-1998;
ChickenThighDrumstick012_ADL, 07-08-1998;

ChickenThighDrumstick013_ADL, 07-27-1998;
ChickenThighDrumstickGrlMrk001_ADL, 07-08-1998;
ChickenThighDrumstickGrlMrk002_ADL, 07-08-1998;
ChickenThighDrumstickGrlMrk003_ADL, 07-08-1998;
ChickenThighDrumstickGrlMrk004_ADL, 07-08-1998;

ChickenThighDrumstickGrlMrk005_ADL, 07-08-1998;
ChickenThighGrill001_ADL, 07-05-1998;
ChickenThighGrlMrk001_ADL, 09-05-1998;
ChickenThighGrlMrk002_ADL, 09-05-1998;
ChickenThighGrlMrk003_ADL, 04-23-1998;

ChickenThighGrlMrk004_ADL, 03-20-1998;
ChickenThighGrlMrk005_ADL, 06-17-1998;
ChickenThighGrlMrk006_ADL, 06-17-1998;
ChickenThighGrlMrk007_ADL, 06-17-1998;
ChickenWholeBBQ002_ADL, 05-05-1998;

ChickenWholeBBQ003_ADL, 05-05-1998;
ChickenWholeFryer001_ADL, 03-05-1998;
ChickenWholeFryer004_ADL, 05-08-1998;
ChickenWholeRoasted003_ADL, 12-05-1998;
ChickenWholeRoasted004_ADL, 08-17-1998;

ChickenWholeRoasted005_ADL, 09-05-1998;
ChickenWholeRoasted006_ADL, 10-05-1998;
ChickenWholeRoasted008_ADL, 04-09-1998;
ChickenWholeRoasted009_ADL, 10-05-1998;
ChickenWholeRoasted011_ADL, 12-05-1998;

ChickenWholeRoasted012_ADL, 08-17-1998;
ChickenWholeRoasted013_ADL, 06-09-1998;
ChickenWholeRoasted014_ADL, 08-17-1998;
ChickenWholeRoasted015_ADL, 08-17-1998;

ChickenWholeRoasted016_ADL, 06-18-1998;

ChickenWholeRoasted017_ADL, 04-16-1998;
ChickenWholeRoasted018_ADL, 09-26-1998;
ChickenWholeRoasted019_ADL, 08-17-1998;
ChickenWholeRoasted020_ADL, 08-17-1998;
ChickenWholeRoasted021_ADL, 08-17-1998;

ChickenWholeRoasted022_ADL, 04-05-1998;
ChickenWholeRoasted023_ADL, 02-13-1998;
ChickenWholeRoasted024_ADL, 12-05-1998;
ChickenWholeRoasted025_ADL, 09-05-1998;
ChickenWholeRoasted026_ADL, 10-05-1998;

ChickenWholeRoasted027_ADL, 11-24-1998;
ChickenWholeRoasted028_ADL, 09-05-1998;
ChickenWholeRoasted029_ADL, 09-05-1998;
ChickenWholeRoasted030_ADL, 10-05-1998;
ChickenWholeRoasted031_ADL, 09-09-1998;

ChickenWholeRoasted032_ADL, 08-20-1998;
ChickenWholeRoasted033_ADL, 03-05-1998;
ChickenWholeRoasted034_ADL, 08-09-1998;
ChickenWholeRoasted035_ADL, 05-10-1998;
ChickenWholeRoasted036_ADL, 10-05-1998;

ChickenWholeRoasted037_ADL, 06-05-1998;
ChickenWholeRoasted038_ADL, 06-05-1998;
ChickenWholeRoasted039_ADL, 05-20-1998;
ChickenWholeRoasted040_ADL, 02-05-1998;
ChickenWholeRotisserie001_ADL, 08-17-1998;

ChickenWholeRotisserie002_ADL, 08-17-1998;
ChickenWholeRotisserie003_ADL, 07-05-1998;
ChickenWholeRotisserie004_ADL, 08-17-1998;
ChickenWholeRotisserie005_ADL, 08-17-1998;
ChickenWholeRotisserie006_ADL, 11-15-1998;

ChickenWholeRotisserie007_ADL, 08-17-1998;
ChickenWholeRotisserie008_ADL, 08-09-1998;
ChickenWholeRotisserie009_ADL, 08-09-1998;
ChickenWholeRotisserie010_ADL, 06-19-1998;
ChickenWholeRotisserie011_ADL, 07-17-1998;

ChickenWholeRotisserie012_ADL, 10-05-1998;
ChickenWholeRotisserie013_ADL, 10-05-1998;
ChickenWing001_ADL, 08-05-1998;
ChickenWing002_ADL, 11-27-1998;
ChickenWing003_ADL, 11-27-1998;

ChickenWing004_ADL, 11-23-1998;
ChickenWing005_ADL, 08-05-1998;
ChickenWing006_ADL, 07-19-1998;
ChickenWing007_ADL, 07-20-1998;
ChickenWIngBaked001_ADL, 04-21-1998;

ChickenWIngBaked002_ADL, 04-21-1998;
ChickenWingBBQ001_ADL, 09-14-1998;



ChickenWingBBQ002_ADL, 11-5-1998;
ChickenWingBBQ003_ADL, 08-05-1998;
ChickenWingBBQ004_ADL, 11-05-1998;

ChickenWingBBQ005_ADL, 11-15-1998;
ChickenWingBBQ006_ADL, 10-08-1998;
ChickenWingBBQ007_ADL, 11-27-1998;
ChickenWingBBQ008_ADL, 05-24-1998;
ChickenWingBBQ009_ADL, 07-14-1998;

ChickenWingBBQ010_ADL, 10-08-1998;
ChickenWingBBQ011_ADL, 12-05-1998;
ChickenWingBBQ012_ADL, 11-20-1998;
ChickenWingBoneless001_ADL, 11-17-1998;
ChickenWingBoneless002_ADL, 11-17-1998;

ChickenWingBox001_ADL, 08-05-1998;
ChickenWingBreaded001_ADL, 11-27-1998;
ChickenWingBucket001_ADL, 06-18-1998;
ChickenWingBucket002_ADL, 06-05-1998;
ChickenWingBucket003_ADL, 05-27-1998;

ChickenWingBucket004_ADL, 07-15-1998;
ChickenWingBucket005_ADL, 05-20-1998;
ChickenWingBuffalo001_ADL, 01-23-1998;
ChickenWingBuffalo002_ADL, 01-23-1998
ChickenWingBuffalo003_ADL, 11-05-1998;

ChickenWingBuffalo004_ADL, 11-05-1998;
ChickenWingBuffalo005_ADL, 11-05-1998;
ChickenWingBuffalo007_ADL, 05-19-1998;
ChickenWingBuffalo009_ADL, 05-19-1998;
ChickenWingBuffalo010_ADL, 05-21-1998;

ChickenWingBuffalo011_ADL, 05-20-1998;
ChickenWingBuffalo012_ADL, 05-20-1998;
ChickenWingBuffalo014_ADL, 12-05-1998;
ChickenWingBuffalo016_ADL, 01-25-1998;
ChickenWingBuffalo017_ADL, 07-16-1998;

ChickenWingBuffalo018_ADL, 07-05-1998;
ChickenWingBuffalo019_ADL, 11/12/1998;
ChickenWingBuffalo020_ADL, 01-13-1998;
ChickenWingBuffalo021_ADL, 07-16-1998;
ChickenWingBuffalo022_ADL, 11-23-1998;

ChickenWingBuffalo023_ADL, 10-05-1998;
ChickenWIngBuffalo024_ADL, 03-05-1998;
ChickenWingBuffalo025_ADL, 03-05-1998;
ChickenWingBuffalo026_ADL, 07-20-1998;
ChickenWingBuffalo029_ADL, 05-05-1998;

ChickenWingBuffalo030_ADL, 05-05-1998;
ChickenWingBuffalo031_ADL, 05-05-1998;
ChickenWingBuffalo032_ADL, 05-05-1998;
ChickenWingBuffalo033_ADL, 05-05-1998;
ChickenWingBuffalo034_ADL, 10-26-1998;

ChickenWingBuffalo035_ADL, 10-26-1998;

ChickenWingDrummie001_ADL, 10-05-1998;
ChickenWingDrummie002_ADL, 11-27-1998;
ChickenWingDrummie003_ADL, 04-15-1998;
ChickenWingDrummie004_ADL, 04-15-1998;

ChickenWingDrummie005_ADL, 02-05-1998;
ChickenWingDrummie006_ADL, 04-08-1998;
ChickenWingDrummie007_ADL, 11-16-1998;
ChickenWingHot001_ADL, 01-24-1998;
ChickenWingHot003_ADL, 01-16-1998;

ChickenWingHot004_ADL, 04-05-1998;
ChickenWingJumbo001_ADL, 06-05-1998;
ChickenWingTender001_ADL, 08-21-1998;
ChickenWingTeriyaki001_ADL, 11-05-1998;
RawChickenBreastBnlsSknls001_ADL, 09-05-1998;

RawChickenBreastBnlsSknls002_ADL, 04-19-1998;
RawChickenBreastBnlsSknls003_ADL, 06-12-1998;
RawChickenBreastBnlsSknls004_ADL, 01-20-1998;
RawChickenBreastBnlsSknls005_ADL, 09-05-1998;
RawChickenBreastBnlsSknls006_ADL, 09-05-1998;

RawChickenBreastBnlsSknls007_ADL, 09-05-1998;
RawChickenBreastBnlsSknls008_ADL, 09-05-1998;
RawChickenBreastBnlsSknls009_ADL, 08-26-1998;
RawChickenBreastBnlsSknls010_ADL, 11-05-1998;
RawChickenBreastBnlsSknls011_ADL, 06-25-1998.

## Completion/Publication

|                              |                  |
|------------------------------|------------------|
| Year of Completion:          | 1998             |
| Date of 1st Publication:     | January 12, 1998 |
| Nation of 1st Publication:   | United States    |

## Author

- **Author:** ADLIFE Marketing & Communications Co. Inc., Employer-for-Hire of Joel Albrizio
- **Author Created:** photograph
- **Work made for hire:** Yes
- **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Adlife Marketing & Communications Co. Inc.
38 CHURCH ST, PAWTUCKET, RI, 02860, United States

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | SHORES & OLIVER, PC |
| **Name:** | Milton M. Oliver. Esq. |
| **Email:** | milton.oliver@shoresoliver.com |
| **Telephone:** | (774)521-3058 |
| **Alt. Telephone:** | (781)910-9664 |
| **Address:** | PO BOX 790 |
| | COTUIT, MA 02635-0790 United States |

## Certification

| | |
|---|---|
| **Name:** | MILTON M. OLIVER, Esq. |
| **Date:** | January 26, 2017 |
| **Applicant's Tracking Number:** | 873-057-340 |

*0000VA00020468240505*