**Exhibit "B"**



The Dugout NY
EAT. DRINK. SPORTS.

Tray of Wings

Full Tr
Half
*$5 pe
fla

Order for Delivery from the apps below
Door Dash
Grubhub
Uber Eats

37 CROTON AVE.
OSSINING, NY 10562
T: 914-941-0494

EMAIL: INFO@THEDUGOUTNY.COM

ORDER ONLINE

ORDER ONLINE | WHAT'S NEW | OUR KITCHEN | CATERING | PARTY HALL RENTAL INFORMATION | INFORMACION PARA FIESTAS EN ESPANOL | LOCATION & CONTACT

# Catering Menu

*We are currently under construction and will be adding our new catering menu shortly. In the meantime, feel free to look on the menu page to see what kind of food we offer. Remember you can create your own menu and we will quote you a price. Email us for more additional info*

© 2023 by Burger Corner. Proudly created with Wix.com

Page 1
https://www.thedugoutny.com/
HOME | The Dugout NY

