UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PREPARED FOOD PHOTOS, INC., <br><br> Plaintiff(s), <br><br> -against- <br><br> THE DUGOUT N.Y. LLC, <br><br> Defendant(s). | 23-CV-01538 (JGLC) <br><br> **ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

      In light of the fact that Defendants have not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than July 28, 2023. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: July 7, 2023
       New York, New York

                                          SO ORDERED.

                                          *Jessica Clarke*

                                          JESSICA G. L. CLARKE
                                          United States District Judge